■ In the Matter of the Claim of Bessie Goudis, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent.— Application for permission to extend time to perfect appeal granted, upon condition that appellant shall file and serve record, brief and note of issue on or before April 17, 1961 and be ready for argument at the term to commence May 15, 1961.

■ In the Matter of the Accounting of Maxine Beeman et al., as Administrators of the Estate of Anne M. Utter, Deceased, Appellants. Joe Shapiro, as Attorney for David B. Utter, Sr., Respondent.— Motion to dismiss appeal denied, without costs.

■ Morris Newmark, as Trustee, Appellant, v. National Bank and Trust Company of Norwich, Respondent. National Bank and Trust Company of Norwich, Respondent, v. Maydole Hammer Corporation et al., Appellants. National Bank and Trust Company of Norwich, Respondent, v. David Maydole Tool Corporation, Appellant.— Application for permission to extend time to perfect appeal granted, upon condition appellant shall file and serve record, brief and note of issue on or before April 17, 1961 and be ready for argument at the term to commence May 15, 1961.

■ In the Matter of Champlain Creameries, Inc., et al., Petitioners, v. Don J. Wickham, as Commissioner of Agriculture and Markets of the State of New York, Respondent.— Application for permission to extend time to perfect appeal, granted, and the case is added to the March 1961 Term for argument.

■ The People of the State of New York ex rel. Claude Poole, Appellant, v. J. Edwin La Vallee, as Warden of Clinton Prison, Respondent.— Permission to prosecute appeal as a poor person denied. Motion in all other respects denied.

■ In the Matter of the Claim of Herbert Lee Sybell, Respondent. Martin P. Catherwood, as Industrial Commissioner, Appellant.— Application for the appointment of an attorney and counselor at law to represent the claimant-respondent on appeal pursuant to section 538 of the Labor Law. Motion granted and Thomas J. Brady, Esq., attorney at law, 135 William Street, New York, New York, is hereby appointed as attorney for such claimant-respondent.

■ Sherbert Huddleston, Appellant, v. Robert Williams et al., Respondents.— Motion for permission to prosecute appeal as a poor person denied, without costs and without prejudice to its renewal upon a proper showing of merit. In any event, the appellant may proceed under rule VII of this court.

■ In the Matter of the Claim of James Deligeorge, Appellant, v. Fur Trimming Manufacturing Co. et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, without costs.

■ . In the Matter of the Adoption of Anonymous.— Motion to expunge certain material from appellant's brief on appeal. Motion denied, without costs, and without prejudice to its renewal upon the argument of the case.

■ In the Matter of the Claim of Carmelo Bertuno, Respondent. Martin P. Catherwood, as Industrial Commissioner, Appellant.— Motion to withdraw and discontinue appeal. Motion granted, without costs.

■ The People of the State of New York ex rel. Frederick W. Conde, Appellant, v. J. Edwin La Vallee, as Warden of Clinton Prison, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for assignment of counsel granted and John C. Rafter, Esq., of Troy, New York, is assigned as counsel for appellant.